FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF OREGON; CITY OF PORTLAND; STATE OF CALIFORNIA,

      Plaintiffs - Appellees,

  v.

DONALD J. TRUMP, in his official capacity as President of the United States; PETER HEGSETH, in his official capacity as Secretary of Defense; UNITED STATES DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

      Defendants - Appellants.

Nos. 25-6268, 25-7194

D.C. No.
3:25-cv-01756-IM
District of Oregon,
Portland

**ORDER**

MURGUIA, Chief Judge:

In light of the United States Supreme Court's denial of the federal government's application for a stay in *Trump v. Illinois*, No. 25A443 (U.S. Dec. 23, 2025), the parties are directed to confer about the procedural next steps for this appeal. By Wednesday, January 7, 2026, the parties shall file either: (a) a joint proposal if agreement is reached or (b) separate proposals if no agreement is reached.